UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN D WHITE

Write the full name of each plaintiff or petitioner.

-against-

CATHOLIC HEALTH SYSTEMS OF LONG ISLAND, MEREDITH SIMONETTE, DONNA ABRUSCI, JADE WANZEK, PEGEEN MCGOWAN

Write the full name of each defendant or respondent.

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: 5-19-2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 10.

No. 23 CV 02999

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  MAY 5, 2023.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☒  a computer with internet access and a word processor

    type of computer I will be using: IBM Thinkpad

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: __MICROSOFT WORD__

☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☒ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: __TURBO SCAN__

☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

__ADOBE__

☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____    _____
Dated                         Signature

__RYAN D WHITE__
Name

__349 S LINDEN DR, APT C    BEVERLY HILLS    CA    90212__
Address                      City              State  Zip Code

__310-869-2616__             __ryan.d.white@outlook.com__
Telephone Number             E-mail Address

2

Envelope image - handwritten addresses

From:
Ryan DeWitte
349 S Linden Dr
Beverly Hills, CA 90212

To:
Hon. Valerie Figueredo
US Magistrate Judge
US District Court
500 Pearl Street
New York, NY 10007

Postmark: NEW YORK NY 100, 2023 MAY 16

10007-131508