UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RYAN WHITE,

                                Plaintiff,

     -against-

CATHOLIC HEALTH SERVICES OF LONG
ISLAND et al.,

                              Defendants.
------------------------------------------------------------------X

23-CV-02999 (JHR) (VF)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **October 26, 2023, at 2:00 p.m.**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 19, 2023**.

      SO ORDERED.

DATED:    New York, New York
               August 8, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge