UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RYAN WHITE,

                              Plaintiff,

        -against-

CATHOLIC HEALTH SERVICES OF LONG
ISLAND et al.,

                              Defendants.
------------------------------------------------------------------X

23-CV-02999 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint update informing the Court of the status of this case by **October 18, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
             October 9, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge